IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IRA MULLINS                                                                                             PETITIONER
ADC #154886

v.                                    CASE NO. 5:14CV00144 BSM

WENDY KELLEY, Director
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been received. After careful review of the findings and recommendations, the timely objections thereto, as well as a *de novo* review of the record, it is concluded the findings and recommendations should be, and hereby are, approved and adopted in all respects in their entirety. Accordingly, the petition is hereby dismissed with prejudice. A certificate of appealability shall not issue because petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2).

IT IS SO ORDERED this 27th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE